514 A.2d 884

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Gary Silas COOPER, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 8, 1986.

### ORDER

PER CURIAM.

The petition for allowance of appeal is granted only with regard to the issue of credit for time served. The matter is remanded to the Court of Common Pleas of Huntingdon County for the purpose of calculating the amount of time Petitioner served in prison for which he should receive credit in accordance with 42 Pa.C.S.A. § 9760(1). In all other respects, the petition is denied.

Jurisdiction relinquished.

514 A.2d 884

**COMMONWEALTH of Pennsylvania**

v.

**Kenneth SCOTT, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 17, 1986.

Petition for Allowance of Appeal GRANTED, No. 42 M.D. Appeal Docket 1986.